# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 16-cv-1310-MJW

JEFFERSON BEEN

    Plaintiff,

        v.

ENDURANCE AMERICAN INSURANCE COMPANY, INC.

    Defendant.

## NOTICE OF SETTLEMENT PURSUANT TO D.C.COLO.LCivR 40.2

Defendant Endurance American Specialty Insurance Company, Inc., erroneously sued as Endurance American Insurance Company, Inc., hereby provides notice of settlement to the court as follows:

1. Pursuant to D.C.COLO.LCivR 40.2 the Court is hereby notified that the parties in this case have agreed to a settlement and are working to prepare a formal settlement agreement.

2. The parties anticipate filing formal dismissal papers within sixty (60) days of this Notice. The reason for this lengthy period to submit dismissal papers is that Plaintiff must obtain certain orders from his bankruptcy court before payment is issued in accordance with the settlement terms.

Dated: December 20, 2016    By: *s/ Ryan C. Gill*
                                                 Ryan C. Gill, Atty. Reg. No.: 37320
                                                 LEWIS BRISBOIS BISGAARD & SMITH LLP
                                                 1700 Lincoln Street, Suite 4000
                                                 Denver, Colorado 80203
                                                 303.861.7760
                                                 *Attorneys for Defendant Endurance American*
                                                 *Specialty Insurance Company, Inc.*

## CERTIFICATE OF SERVICE

   I hereby certify that on this this 20th day of December, 2016, I presented the foregoing **NOTICE OF SETTLEMENT PURSUANT TO D.C.COLO.L.CivR 40.2** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to all counsel of record.

               *s/* *Ryan C. Gill*
               LEWIS BRISBOIS BISGAARD & SMITH, LLP