IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01310-CMA-MJW

JEFFERSON BEEN,

Plaintiff,

v.

ENDURANCE AMERICAN INSURANCE COMPANY, INC.,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In light of the Notice of Settlement Pursuant to D.C.COLO.LCivR 40.2 (Docket No. 17) it is hereby ORDERED that the Final Pretrial Conference set on June 29, 2017 at 9:00 a.m. is VACATED. The parties shall submit their dismissal papers on or before February 21, 2017.

Date: December 21, 2016